830

In the Matter of the Application of SARAH RISIN, as Administratrix, etc., of BERNARD DARASHINSKY, Deceased, to Discover Certain Property of Said Decedent, Claimed to Be Withheld.— Order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ. [145 Misc. 426.]

In the Matter of the Application of THE PORT OF NEW YORK AUTHORITY to Acquire Title to Certain Lands in the Borough of Manhattan, City and County of New York, for the Construction of Inland Terminal No. 1, Respondent, against BENJAMIN JAMES REALTY CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy and O'Malley, JJ.

In the Matter of the Application of ALURION REALTY CORPORATION, Respondent, Appellant, against SAMUEL LEVY, President of the Borough of Manhattan, Appellant, Respondent.— Order affirmed, without costs, and case placed on the day calendar for June 5, 1933, for immediate trial. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ISRAEL M. OSHINSKY, as Trustee for THE BANK OF UNITED STATES, in Liquidation, Respondent, v. KLASKO FINANCE CORPORATION and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MICHAEL J. LORNE, as Executor, etc., of ELIZABETH KILGANNON, Deceased, Respondent, v. FRIEDA JACOB and Others, Appellants, Impleaded with Another. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of HAROLD AVENUE PARKING CORPORATION, Respondent, against SAMUEL LEVY, as President of the Borough of Manhattan, City of New York, Appellant.— Order so far as appealed from affirmed, with fifty dollars costs and disbursements, and case be placed on the day calendar for June 5, 1933, for immediate trial. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ROSE RAISLER, as Administratrix, etc., of LOUIS RAISLER, Deceased, Respondent, v. RAISLER HEATING COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.